## Kleinschmidt Laboratories, Inc., Plaintiff-Appellee, v. Marie J. Kleinschmidt, Defendant-Appellant.

### Gen. No. 10,488. 

 Harry C. Alberts, and Taylor E. Wilhelm, for appellant; Taylor E. Wilhelm, of counsel; Samuel S. Greeley and Lawrence J. Petroshius, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed July 12, 1951; rehearing denied October 2, 1951; released for publication October 2, 1951.

## William R. Reichstein, Plaintiff-Appellant, v. Oma Reichstein, Defendant-Appellee.

### Gen. No. 10,461.

 Knight, Haye & Keegan, for appellant. No appearance for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed September 14, 1951; released for publication October 2, 1951.